**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| Vernelda Taylor-Harris,  :  :  :  Plaintiff,  :  v.  :  :  G.C. Services, LP,  :  :  Defendant.  : | Civil Action No.: 09-CV-1885-AW |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 7, 2010

    Respectfully submitted,

    PLAINTIFF, Vernelda Taylor-Harris

    /s/ Forrest E. Mays

    Forrest E. Mays, Esq.
    MD Bar No. 07510
    2341 N. Forrest Drive, Suite 90
    Annapolis, MD 21403
    Telephone: (410) 267-6297
    Facsimile: (410) 267-6234
    Email: mayslaw@mac.com

    Of Counsel To:
    **LEMBERG & ASSOCIATES L.L.C.**
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905

Telephone: (203) 653-2250
Facsimile:  (877) 795-3666

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 7, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court's Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By  /s/ Forrest E. Mays

               Forrest E. Mays