IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERNELDA TAYLOR-HARRIS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.  09-cv-1885-AW |
| G.C. SERVICES, L.P., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Vernelda Taylor-Harris and Defendant G.C. Services, L.P., by their respective undersigned counsel, hereby stipulate to the dismissal of any and all claims asserted in the above-captioned action with prejudice.

| /s/ | /s/ |
|---|---|
| Forrest E. Mays (Bar No. 07510)* | James M. Connolly (Bar No. 23872) |
| 2341 N. Forrest Drive, Suite 90 | *KRAMER & CONNOLLY* |
| Annapolis, Maryland 21403 | 500 Redland Court, Suite 211 |
| Tel.: (410) 267-6297 | Owings Mills, Maryland 21117 |
| Fax: (410) 267-6234 | Tel: (410) 581-0070 |
| mayslaw@mac.com | Fax: (410) 581-1524 |
| *Counsel for Plaintiff Vernelda Taylor-Harris* | *Counsel for Defendant G.C. Services, L.P.* |
| (*signed by James M. Connolly with permission of Forrest E. Mays) | |

**SO ORDERED**:

_____                    _____
           Date                                                       Alexander Williams, Jr.
                                                                      United States District Judge

E:\OFFICE\CASES\207-048\Stipulation and Order of Dismissal.wpd